# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TERRELL PUTNAM,
        Plaintiff,

v.                                                    Case No. 05C1129

JOSEPH SEITZ, PATRICK PATTERSON
and CITY OF MILWAUKEE,
        Defendants.

## ORDER

      Plaintiff Terrell Putnam brings this action under 42 U.S.C. § 1983, alleging that City of Milwaukee police officers used unreasonable force in arresting him. On August 14, 2007, plaintiff asked me to temporarily stay discovery so that he could seek counsel. On August 28, 2007, I granted plaintiff's motion and set a new schedule. On October 17, 2007, plaintiff filed additional motions, asking that I either add six months to the current deadlines or simply vacate the scheduling order. He states that attorneys have told him that they would not take a case in which a scheduling order has already been made. He believes that he would have a better chance of obtaining counsel if I either add six months to the current schedule or vacate the schedule.

      At this time, I will deny plaintiff's motion. Plaintiff initiated this action more than one year ago and I set the original schedule more than six months ago. I will not delay the case merely on the basis of speculation that delay will make it easier for plaintiff to obtain an attorney. As such, I will not alter the discovery completion date of March 1, 2008 or the dispositive motion deadline of April 1, 2008. However, I will alter the deadlines related to experts. The present schedule required plaintiff to send defendants the names of any

expert witnesses by October 17, 2007, and plaintiff may have delayed sending defendants the names of expert witnesses in the hopes of my vacating the schedule.

Plaintiff may inform any prospective attorney that, should he or she agree to represent plaintiff in this action within a reasonable time and file a motion for an amendment of the present scheduling order, I would entertain such motion.

**Therefore,**

**IT IS ORDERED** that plaintiff's motion to amend is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for an extension of time is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff must identify any expert witnesses, and provide defendants with their reports, by November 15, 2007.

**IT IS FURTHER ORDERED** that defendant must identify its expert witnesses, if any, and provide plaintiff with their reports, by January 15, 2008.

Dated at Milwaukee, Wisconsin this 29 day of October, 2007.

/s_____
LYNN ADELMAN
District Judge

2

Case 2:05-cv-01129-LA   Filed 10/29/07   Page 2 of 2   Document 71